UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:08CR711 RWS |
| | ) | |
| CHRISTOPHER RUSSELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before me on defendant Christopher Russell's motion to suppress statements and evidence.

Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge Thomas C. Mummert, III. The government filed responses in opposition to the motions of the defendant. Judge Mummert held an evidentiary hearing on the motions on June 2, 2009. Thereafter, Judge Mummert issued his Report and Recommendation and Memorandum in Support regarding defendant's motion on June 4, 2009. The defendant filed his objections to Judge Mummert's Report and Recommendation on June 22, 2009.

I have conducted a _de novo_ review and after fully considering the motions, the evidence presented at the evidentiary hearing, the Report and

Recommendation and Memorandum in Support, I will adopt and sustain the thorough reasoning of Magistrate Judge Mummert set forth in support of his recommended rulings.

Accordingly,

**IT IS HEREBY ORDERED** the Report and Recommendations of United States Magistrate Judge Thomas C. Mummert, III, [#37] are **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant Christopher Russell's motion to suppress statements and evidence [#27] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of July, 2009.